IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. 15-11247 (MFW)
BOOMERANG TUBE, LLC, et al.,                                 :
                                                             :
              Debtors.                                       :    NOTICE OF APPOINTMENT OF
                                                             :    COMMITTEE OF UNSECURED
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x    CREDITORS
```

     Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

     1. **Nucor Steel**, Attn: Mark DiGirolamo, P.O. Box 30, Armorel, AR 72310, Phone: (870) 838-2303, Fax: (870) 762-2108

     2. **Daewoo International Corp.**, Attn: Jinyong Kwon, 165, Convensia-daero, Yeonsu-gu Incheon, 406-840, Korea, Phone: 82-2-759-3456, Fax: 82-2-2076-2411

     3. **Cudd Pressure Control, Inc., d/b/a Patterson Tubular Services**, P.O. Box 117, 539 S. Sheldon, Channelview, TX 77530, Phone: (800) 452-5443, Fax: (281) 452-7410

     4. **Harry Johnson Welding**, 10191 Hwy 90 East, Liberty, TX 77575, Phone: (936) 334-1818, Fax: (936) 334-1821

     5. **J.B. Fabricating LLC**, P.O. Box 750243, Houston, TX 77275 Phone: (713) 705-7053, Fax: (281) 485-8498

     ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Benjamin Hackman* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 19, 2015

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Sean Beach, Phone: (302) 571-6600, Fax: (302) 571-1253