IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOOMERANG TUBE, LLC, a Delaware limited liability company, *et al.*,[1] | Case No. 15-11247 (MFW) |
| | Jointly Administered |
| Debtors. | **Re: Docket No. 470** |

**PLAN SUPPLEMENT TO THE DEBTORS' AMENDED JOINT
PREARRANGED CHAPTER 11 PLAN DATED SEPTEMBER 4, 2015**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") submit this plan supplement (the "Plan Supplement") in support of, and in accordance with, the *Debtors' Amended Joint Prearranged Chapter 11 Plan Dated September 4, 2015* [Docket No. 470] (as may be amended, supplemented, or modified from time to time, the "Plan"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan. The documents contained in this Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed by the Bankruptcy Court, the documents contained in this Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

**Contents**

This Plan Supplement contains the following documents, each as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan as set forth below:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Boomerang Tube, LLC (9415); BTCSP, LLC (7632); and BT Financing, Inc. (6671). The location of the Debtors' corporate headquarters is 14567 North Outer Forty, Suite 500, Chesterfield, Missouri 63017.

01:17666139.1

| Exhibit | Plan Supplement Document |
|---|---|
| 1 | Exit ABL Facility Loan Agreement |
| 2 | Exit Intercreditor Agreement |
| 3 | Exit Term Facility Loan Agreement |
| 4 | GUC Trust Agreement |
| 5 | List of Contracts to be Assumed under Section 5.1 of the Plan |
| 6 | New Holdco Bylaws |
| 7 | New Holdco Certificate of Incorporation |
| 8 | New Holdco Shareholders Agreement |
| 9 | New Opco Certificate of Formation |
| 10 | New Opco LLC Agreement |
| 11 | Nonexclusive list of retained Causes of Actions |
| 12 | SBI Secured Note |
| 13 | SBI Nonrecourse Note |
| 14 | Section 1129(a)(5) Disclosure of Directors and Officers |
| 15 | Subordinated Notes Agreement |
| 16 | Subordinated Notes Intercreditor Agreement |
| 17 | Amended and Restated Certificate of Incorporation of BT Financing, Inc. |
| 18 | Amended and Restated By-Laws of BT Financing, Inc. |
| 19 | Amended and Restated Limited Liability Company Agreement of BTCSP, LLC |
| 20 | Amendment to Certificate of Formation of BTCSP, LLC |

Certain documents, or portions thereof, contained in this Plan Supplement remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. Subject to the express provision of the Plan, the Debtors reserve all rights to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at

any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

Dated: September 11, 2015  
       Wilmington, Delaware

*/s/ Ryan M. Bartley*  
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**  
Robert S. Brady (No. 2847)  
Sean M. Beach (No. 4070)  
Margaret Whiteman Greecher (No. 4652)  
Patrick A. Jackson (No. 4976)  
Ryan M. Bartley (No. 4985)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Tel:   (302) 571-6600  
Fax:  (302) 571-1253  
Email: rbrady@ycst.com  
       sbeach@ycst.com  
       mgreecher@ycst.com  
       pjackson@ycst.com  
       rbartley@ycst.com

*Counsel for the Debtors and Debtors in Possession*